District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FARHOD SULTONOV,

          Plaintiff,

v.

KEVIN K. MCALEENAN, *et al.*,

          Defendants.

CASE NO. C19-1240 TSZ

STIPULATED MOTION AND ORDER TO EXTEND THE UNITED STATES' TIME TO RESPOND TO THE COMPLAINT

## **JOINT STIPULATION**

The parties stipulate that the Defendants' time to respond to the complaint shall be extended by sixty (60) days until December 20, 2019. Prior to this date, the United States Citizenship & Immigration Service will adjudicate Plaintiff Farhod Sultonov's I-485 Application for Permanent Resident Status. Once Plaintiff's application is adjudicated, the parties will submit a request to the Court to dismiss the case with the parties to bear their own costs or fees.

For good cause, the parties stipulate to extending Defendants' time to respond to the complaint until December 20, 2019.

Stipulated Motion and Order for Extension
C19-1240 TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated this 18th day of September, 2019. | Dated this 18th day of September, 2019. |
| 2 | | BRIAN T. MORAN |
| 3 | WESTLAKE LAW, PLLC | United States Attorney |
| 4 | | |
| 5 | /s/ Octavian Jumanca | /s/ Michelle R. Lambert |
| | OCTAVIAN JUMANCA, WSBA No. 46618 | MICHELLE R. LAMBERT, NYS#4666657 |
| 6 | 1836 Westlake Ave N, Suite 302 | Assistant United States Attorney |
| 7 | Seattle, Washington 98154 | Western District of Washington |
| 8 | Phone: 425-312-3871 | United States Attorney's Office |
| | Email: octavian@westlakelaw.net | 1201 Pacific Avenue, Suite 700 |
| 9 | | Tacoma, Washington 98402 |
| 10 | Attorneys for Plaintiff | Phone:253-428-3800 |
| | | E-mail: michelle.lambert@usdoj.gov |
| 11 | | Attorneys for Defendants |

Stipulated Motion and Order for Extension
C19-1240 TSZ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The parties having so stipulated, IT IS SO ORDERED that Defendants' time to respond to the complaint is extended until December 20, 2019. The parties are also relieved of the obligation to file a joint status report on October 15, 2019. The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 20th day of September, 2019.

_____
Thomas S. Zilly
United States District Judge

Stipulated Motion and Order for Extension
C19-1240 TSZ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970